**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| OSCAR ALAN MARTINEZ RAMOS, individually and on behalf of all others similarly situated,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents. | **ORDER SETTING BRIEFING SCHEDULE**<br><br>Case No. 2:26-cv-00996<br><br>District Judge Ann Marie McIff Allen |

Upon the parties' stipulation and for good cause shown, the Court ORDERS as follows:

1. Petitioner shall file an amended petition no later than Monday, October 12, 2026.
2. Respondents shall file their response to the amended petition no later than October 27, 2026.
3. Petitioner may file a reply, if desired, no later than October 30, 2026.
4. Respondents shall not remove Petitioner from the United States until the Court has decided this petition.
5. During the pendency of this petition, Respondents shall maintain Petitioner, if detained, at the nearest practicable detention facility to this Court. If a practicable facility in Utah is unavailable, Respondents shall give preference to a facility in Wyoming or Nevada, consistent with the requirement that Petitioner remain at the nearest practicable facility to the Court.

6. Respondents shall ensure that Petitioner's counsel is provided access to Petitioner by telephone or video within twenty-four (24) hours after counsel requests such access.

7. Petitioner shall serve a copy of this order on Respondents.

8. The Court further directs the Clerk's Office to send a copy of this order to Adam Elggren via email at adam.elggren@usdoj.gov.

DATED this 9th day of October 2026.

BY THE COURT:

Ann Marie McIff Allen
United States District Judge

United States District Court
for the
District of Utah
October 9, 2026

******MAILING CERTIFICATE OF THE CLERK******

RE: 2:26-cv-00996-AMA
Martinez Ramos v. Mullin et al

I hereby certify that on 10/9/2026, a copy of the ORDER SETTING BRIEFING SCHEDULE was sent via encrypted email transmission to the following:

Adam Elggren
US ATTORNEY'S OFFICE
Email: adam.elggren@usdoj.gov, emily.adams@usdoj.gov, erica.arvizo@usdoj.gov

______________________________

Mozelle H, Deputy Clerk